

# Fourth Court of Appeals
## San Antonio, Texas

April 14, 2014

No. 04-14-00216-CV

**IN RE BRANCH/MCGOWEN VENTURES LLP** a/k/a BMV Retail;
Ester Branch and Theldon R. Branch, III

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Rebeca C. Martinez, Justice

On April 2, 2014, relators filed a petition for writ of mandamus, and on April 9, 2014, relators filed a motion for stay. The court has considered relators' petition and motion and is of the opinion that relators are not entitled to the relief sought. Accordingly, relators' petition for writ of mandamus and motion for stay are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion shall follow. Relators shall pay all costs incurred in this proceeding.

It is so **ORDERED** on April 14th, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2011CVF000180 D2, styled *HK2 IAH LLC d/b/a HK Style and HK Global Trading Ltd. v. Branch/McGowen Ventures, LLP a/k/a BMV Retail, et al.*, pending in the 111th Judicial District Court, Webb County, Texas, the Honorable Monica Z. Notzon presiding.